UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT DANIEL KROHN,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. EDCV 06-00595 GW (AJW)<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), plaintiff's objections thereto, and defendants' response to the objections. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS SO ORDERED.

DATED: September 10, 2008

GEORGE H. WU
United States District Judge