UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROBERT DANIEL KROHN, | )<br>)<br>) |
| Plaintiff, | ) No. EDCV 06-00595 GW (AJW)<br>) |
| v. | ) JUDGMENT<br>) |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**IT IS ADJUDGED** that plaintiff take nothing by his claims against San Bernardino County Sheriff's Department and Sergeant O'Connell, and that plaintiff's claims against the unidentified Doe defendants are dismissed with prejudice.

DATED: September 10, 2008

_____
GEORGE H. WU
United States District Judge

8